AO 450 (Rev. 5/85) Judgment in a Civil Case ⊕

# UNITED STATES DISTRICT COURT

\_\_\_\_\_\*\*\*\*\*\_\_\_\_\_ DISTRICT OF   NEVADA

CHERYL A. MANDELL,

      Plaintiff,           JUDGMENT IN A CIVIL CASE
V.

                             CASE NUMBER: **3:10-cv-00216-RCJ-VPC**

CHURCH OF JESUS CHRIST OF LATTER
DAY SAINTS,

      Defendants.

___     **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

___     **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**X**     **Decision by Court.** This action came to be considered before the Court. The issues have been considered and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED** that this Court accepts the Magistrate Judge's Report and Recommendation (Docket No. 5). Accordingly, this action is DISMISSED without prejudice.


   December 30, 2010                                    **LANCE S. WILSON**
                                                                  Clerk


                                                                /s/ Katie Lynn Ogden
                                                                 Deputy Clerk